# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __21-13083__

Teddy Beasley _____ vs. O'Reilly Auto Parts _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — / — | — | — | — | $500.00 | |
| Appellant's Brief | X (Comm) | 66 | 1 | 5 | $508.72 | |
| Appendix | X (Comm) | 619 | 3 | 9 | $1968.35 | |
| Appellee's Brief | | | | | | |
| Reply Brief | X (Comm) | 30 | 1 | 7 | $827.48 | |
| Supp. Appx. | X (Comm) | 6 | 1 | 7 | Included above | |
| Add'l Briefs & Appxs | X (Comm) | 721 | 6 | 18 | $3059.26 | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. Staples Print & Marketing (Union Square, NYC) | | | | TOTAL | $6863.81 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __/s/ Andrew Rozynski__ Date Signed: __July 7, 2023__

Attorney Name: __Andrew Rozynski, Esq.__ Attorney for: __Plaintiff-Appellant Teddy Beasley__
(Type or print your name) (Type or print name of client)

E-mail: __arozynski@eandblaw.com__ Phone: __(212) 353-8700__

Street Address/City/State/Zip: __Eisenberg & Baum, LLP, 24 Union Square East, Penthouse, New York, NY 10003__

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____ By: _____ DATE: _____
Deputy Clerk

BOC Rev.: 6/17

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **TEDDY BEASLEY,** | Docket No.: 21-13083 |
| **Plaintiff-Appellant,** | |
| vs. | **DECLARATION OF ANDREW ROZYNSKI IN SUPPORT OF PLAINTIFF-APPELLANT'S BILL OF COSTS** |
| **O'REILLY AUTO PARTS,** | |
| **Defendant-Appellee.** | |

I, Andrew Rozynski, Esq., hereby declare and verify, pursuant to Federal Rules of Appellate Procedure 39(a)(3) and (d)(1) under penalty of perjury:

1. I am a Partner at the law firm of Eisenberg & Baum, LLP and the attorney-of-record for Plaintiff-Appellant Teddy Beasley.

2. Attached hereto as Exhibit A is a true and accurate copy of receipts reflecting costs incurred for printing only necessary copies of Plaintiff-Appellant's opening brief, appendix, reply brief, supplemental appendix, and additional copies requested by this Court in the above-captioned case.

3. I declare that the Bill of Costs to which this Declaration is attached comports Federal Rule of Appellate Procedure 39 and states only the cost for the number of copies necessary.

4. I declare that the cost of copies to be taxed are as follows:

    - Plaintiff-Appellant's Opening Brief: <u>5 copies total</u>
    - Appendix (Volumes I-III): <u>3 copies per Volume, 9 copies total</u>
    - Plaintiff-Appellant's Reply Brief: <u>7 copies total</u>
    - Supplemental Appendix: <u>7 copies total</u>

- Additional Copies of All Briefs and Appendices: <u>3 copies per document, 18 copies total</u>

Dated: July 7, 2023

Respectfully Submitted,

*/s/ Andrew Rozynski*

Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Main: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com
Attorneys for Plaintiff-Appellant

# EXHIBIT A

```
                    STAPLES
*******************************************
           5 Union Square West FRNT1
        UNION AND 14TH:MANHATTAN, NY 10003
                  (212) 929-6323
    SALE                   1047391 5 005 58937
                             953 11/01/21 15:39
    QTY  SKU                             PRICE
         *******************************
                    DUPLICATE COPY
                  Not Valid For Refund
         *******************************


           REWARDS NUMBER 4917065353
    ******* Customer Order 2227473912 *******
    5     Documents
          1980563      60.214ea         301.07
    Coupon No. 39692                    -60.21
    1     Express Guarant
          2623897                        90.32
    5     Finishing Only
          1967507       8.740ea          43.70
    Coupon No. 39692                     -8.74
    1     Express Guarant
          2623897                        13.11
    1     Finishing Only
          1967507                        80.00
    Coupon No. 39692                    -16.00
    1     Express Guarant
          2623897                        24.00
      Questions on Customer Order 2227473912
      Call Customer Service at 1-800-3STAPLES
    *******************************************

    SUBTOTAL                             467.25
           Standard Tax 8.875%            41.47

    TOTAL                              $508.72

    DEBIT                          USD$508.72
    Card No.: XXXXXXXXXXXXX5583 [C] [P]
    Auth No. 000825
    Chip Read
    Mode.: Issuer
    AID.: A0000000042203
    TVR.: 8000048000
    IAD.: 60B0F2E2570432FF0312
    TSI.: 6800
    ARC.: 3030
                VERIFIED BY PIN



         ********** STAPLES COUPONS *********

    Coupon No. 39692                     -84.95
    20% Off Full Serve Color
    Transactions
    Expiration Date: 07/01/22



       **** STAPLES PROMOTIONAL COUPONS ****
```

```
Coupon No. 8010355664857843           10.00
$10 OFF your next in-store
purchase of $20 or more.
Start: 11/02/21 End: 12/04/21

Coupon No. 3286455607035057           25.00
25 Free Same-Day custom holiday
cards.
Start: 11/01/21 End: 01/30/22

Coupon No. 32257                      30.00
30% off your next purchase of
custom holiday cards or
invitations.
Start: 11/02/21 End: 12/18/21

Coupon No. 86225                      25.00
25% Off Select Shipping Supplies
Start: 11/01/21 End: 11/27/21

              TOTAL ITEMS 14


     *********************************
              DUPLICATE COPY
            Not Valid For Refund
     *********************************
```

```
                     STAPLES
     ********************************
            5 Union Square West FRNT1
         UNION AND 14TH:MANHATTAN, NY 10003
                  (212) 929-6323
 SALE                   1047391 5 005 59821
                          953 11/09/21 15:06
 QTY  SKU                              PRICE
     ********************************
                  DUPLICATE COPY
                Not Valid For Refund
     ********************************


         REWARDS NUMBER 4917065353
  ******* Customer Order 2227619095 *******
  3      Documents
         1980563    197.497ea       770.24
  Coupon No. 39692                  -118.50

  3      Documents
         1980563    196.840ea       767.68
  Coupon No. 39692                  -118.10


  3      Documents
         1980563    153.510ea       598.69
  Coupon No. 39692                   -92.11


   Questions on Customer Order 2227619095
   Call Customer Service at 1-800-3STAPLES
  ******************************************

 SUBTOTAL                          1807.90
         Standard Tax 8.875%        160.45

 TOTAL                            $1968.35

 MASTERCARD                    USD$1968.35
 Card No.: XXXXXXXXXXXX5583 [K] [H]
 Auth No. 321473

 The Cardholder agrees to pay the Issuer
 of the charge card in accordance with
 the agreement between the Issuer and
 the Cardholder.



     ********** STAPLES COUPONS*********

 Coupon No. 39692               -328.71
 20% Off Full Serve Color
 Transactions
 Expiration Date: 07/01/22



              TOTAL ITEMS 12


     ******************************
```

```
                STAPLES
*******************************
         5 Union Square West FRNT1
      UNION AND 14TH:MANHATTAN, NY 10003
              (212) 929-6323
  SALE                1047391 55 005 02958
                      953 02/15/22 12:46
  QTY  SKU                          PRICE
*******************************
              DUPLICATE COPY
            Not Valid For Refund
*******************************


         REWARDS NUMBER 4917065353
*******  Customer Order 2229143722  *******
  7       ESSAY/DOCUMENT-CUS
          1980563    44.530ea      311.68
  Coupon No. 39692                  -62.34
  1       EXPRESS GUARANTEE
          2623897                    93.50
  14      FINISHING ONLY
          1967507     8.240ea       115.36
  Coupon No. 39692                  -23.07
  1       EXPRESS GUARANTEE
          2623897                    44.50
  7       ESSAY/DOCUMENT-CUS
          1980563    30.630ea       214.38
  Coupon No. 39692                  -42.87
  1       EXPRESS GUARANTEE
          2623897                    64.31
      Questions on Customer Order 2229143722
      Call Customer Service at 1-800-3STAPLES
*******************************

  SUBTOTAL                          759.95
          Standard Tax 8.88%         67.48

  TOTAL                            $827.43

  Master Card              USD$827.43
  Card No.: XXXXXXXXXXXX5583 [K] [HJ
  Auth No. 196678

  The Cardholder agrees to pay the Issuer
  of the charge card in accordance with
  the agreement between the Issuer and
  the Cardholder.



         ********** STAPLES COUPONS*********

  Coupon No. 39692                 -128.28
  20% Off Full Serve Color
  Transactions
  Expiration Date: 09/29/22
```

```
                     STAPLES
       *******************************************
             5 Union Square West FRNT1
         UNION AND 14TH:MANHATTAN, NY 10003
                    (212) 929-6323
   SALE                  2033545 51 005 09188
                            953 05/27/22 17:00
   QTY  SKU                              PRICE
       ***********************************
                    DUPLICATE COPY
                  Not Valid For Refund
       ***********************************


             REWARDS NUMBER 4917065353
   ******* Customer Order 2230854263 *******
   3      ESSAY/DOCUMENT-CUS
          1980563     70.800ea         212.39
   Coupon No. 39692                     -42.48
   1      EXPRESS GUARANTEE
          2623897                        63.72
   3      ESSAY/DOCUMENT-CUS
          1980563    219.100ea         657.31
   Coupon No. 39692                    -131.46
   1      EXPRESS GUARANTEE
          2623897                       197.19
   3      ESSAY/DOCUMENT-CUS
          1980563    218.400ea         655.20
   Coupon No. 39692                    -131.04
   1      EXPRESS GUARANTEE
          2623897                       196.56
   3      ESSAY/DOCUMENT-CUS
          1980563    166.370ea         499.11
   Coupon No. 39692                     -99.82
   1      EXPRESS GUARANTEE
          2623897                       149.73
   3      ESSAY/DOCUMENT-CUS
          1980563     48.400ea         145.21
   Coupon No. 39692                     -29.04
   1      EXPRESS GUARANTEE
          2623897                        43.56
   3      ESSAY/DOCUMENT-CUS
          1980563      6.990ea          20.98
   Coupon No. 39692                      -4.20
   1      EXPRESS GUARANTEE
          2623897                         6.29
   1      FINISHING ONLY
          1967507                       364.24
   Coupon No. 39692                     -72.84
   1      EXPRESS GUARANTEE
          2623897                       109.27
      Questions on Customer Order 2230854263
      Call Customer Service at 1-800-3STAPLES
   *******************************************

   SUBTOTAL                            2809.88
            Standard Tax 8.87%          249.38

   TOTAL                             $3059.26

   Master Card                    USD$3059.26
   Card No.: XXXXXXXXXXXX5583 [K] [H]
   Auth No. 188185
```

```
The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.


         ********** STAPLES COUPONS *********

  Coupon No. 39692                    -510.88
  20% Off Full Serve Color
  Transactions
  Expiration Date: 03/31/23



                 TOTAL ITEMS 26


         *******************************
                    DUPLICATE COPY
                  Not Valid For Refund
         *******************************
```